IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA JANE AXFORD, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK STEPHEN AXFORD and ROXY ROOKSTOOL, | : | No. 09-2914 |
| Respondents. | : | |

## ORDER

AND NOW, this **28th** day of **July**, **2009**, upon consideration of the Final Motion for Attorneys' Fees, it is hereby **ORDERED** that:

1. The motion (Document No. 29) is **GRANTED** and this Court awards $14354.55 in fees and costs in accordance with 42 U.S.C. § 11607(b)(3) against Respondent Mark Stephen Axford.

2. Document No. 22 is **DENIED as moot**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**